UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23455
    TERRELL D CALDWELL
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-5311

------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/14/07 and confirmed on 02/13/08.

    2.  The case was dismissed after confirmation, 07/25/2008.

    3.  The Debtor paid a total of $   715.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CNAC OF JOLIET | SECURED VEHIC | 6931.17 | 54.87 | 433.69 |
| PHILADELPHIA CHILD SUPPO | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BK AUTO SALES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF ROLLING MEADOWS | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAMPUS PARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

----------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6931.17 | .00 | .00 | .00 | 6931.17 |
| PRINCIPAL PAID | 433.69 | .00 | .00 | .00 | 433.69 |
| INTEREST PAID | 54.87 | .00 | .00 | .00 | 54.87 |
| TOTAL PAID | 488.56 | .00 | .00 | .00 | 488.56 |

The Debtor's attorney, STUART B HANDELMAN        , was allowed $   3500.00
and was paid $    500.00   direct and $    184.97   through the plan.

The Trustee received $     41.47 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/09/08                /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE